IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWAN VIEW COALITION and FRIENDS OF THE WILD SWAN, <br><br> Plaintiffs, <br><br> vs. <br><br> TOM SCHULTZ, Chief of the U.S. Forest Service; ANTHONY BOTELLO, Forest Supervisor of the Flathead National Forest; and U.S. FOREST SERVICE, <br><br> Defendants. | CV 26-81-M-KLD <br><br><br> ORDER |

Plaintiffs have moved for an order allowing Benjamin M. Levitan to appear *pro hac vice* in this case with Maxine C. Sugarman designated as local counsel. (Doc. 5.) The application of Mr. Levitan appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiffs' motion to allow Benjamin M. Levitan to appear in this Court (Doc. 5) is **GRANTED**, subject to the following conditions:

1.     Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.     Mr. Levitan must do his own work. He must do his own writings, sign

his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.    Admission is personal to Mr. Levitan, not the law firm he works for;

4.    Mr. Levitan shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.    Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Levitan must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 10th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge